```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWIN L. PATILLO                  :      CIVIL ACTION

        vs.                       :

TROY LEVI, WARDEN, et al.         :      NO. 08-CV-656
```

ORDER

AND NOW, this 12th  day of    May     2008, upon careful consideration of the motion for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and Petitioner's formal objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The matter is transferred to the United States District Court for the District of New Jersey.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.